ABBOTT LABORATORIES, Abbott Bioresearch Center, Inc., and Abbott Biotechnology Ltd., Plaintiffs–Appellees,

v.

BAYER HEALTHCARE LLC, Defendant–Appellant.

No. 2011–1205.

United States Court of Appeals, Federal Circuit.

May 25, 2011.

Jeffrey I. Weinberger, Munger, Tolles & Olson, LLP, Los Angeles, CA, for Plaintiffs–Appellees.

Adam K. Mortara, Bartlit Beck Herman Palenchar, Chicago, IL, for Defendant–Appellant.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).